IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KIMBERLY JOHNSON,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No.: 3:25-cv-1891 |
| | ) |
| **DISCOVER PRODUCTS, INC.; LEXIS NEXIS RISK SOLUTIONS, INC.,** | ) |
| **Defendants.** | ) |

### DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Defendant Discover Products, Inc. ("Discover Products"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the First Amended Complaint of Plaintiff Kimberly Johnson ("Plaintiff"). The reasons and authorities supporting this Motion are set forth in the accompanying Memorandum of law.

WHEREFORE Defendant Discover Products, Inc. respectfully requests that the Court enter an Order: (1) dismissing Plaintiff's First Amended Complaint in its entirety, with prejudice; and (2) granting such other and further relief the Court deems just and proper.

Respectfully submitted this 8th day of September, 2025.

/s/ Richard C. Keller
Richard C. Keller TX. Bar No. 24134669
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rkeller@burr.com

/s/ Gary S. Kessler
Gary S. Kessler TX Bar No. 11358200
Kessler Collins
500 N. Akard St., Ste. 3700
Dallas, TX 75201

        Telephone: 214.379.0700
        Facsimile: 214.373.4714
        Email: gkessler@kesslercollins.com

*Attorneys for Defendant*
DISCOVER PRODUCTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on this the 8th day of September, 2025 and will be served on the following by U.S. First Class Mail, postage prepaid:

Kimberly Johnson
1079 W. Round Grove Rd. #300-148
Lewisville, TX 75067
kimberlycivilfilings@gmail.com
(469) 847-6253

        /*s/ Richard C. Keller*
        OF COUNSEL