UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KIMBERLY JOHNSON,                          §
          Plaintiff,                  §
                                        §
v.                                         §
                                        §    No. 3:25-CV-1891-B-BW
DISCOVER PRODUCTS, INC.                    §
and LEXIS NEXIS RISK                       §
SOLUTIONS, INC.,                           §
          Defendant.                  §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Discover Products' motion to dismiss (Doc. 16) is **GRANTED**, and LexisNexis's motion to dismiss (Doc. 28) is **GRANTED**. By separate judgment, the court will **DISMISS** all federal claims asserted in this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and **DISMISS** Plaintiff's remaining state law claims without prejudice.

**SO ORDERED** on this 21st day of July, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE